1  Alan J. Kessel (Cal. Bar No.: 130707)
   Keli N. Osaki (Cal. Bar No.: 179920)
2  Sandeep J. Shah (Cal. Bar No.: 210449)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, CA  92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182

6  Attorneys for Plaintiff
   DIRECTV, INC.

FILED
2005 JUN 24  P 2: 52
CLERK, US DIST COURT
EASTERN DIST OF CALIF
BY_____
       DEPUTY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JACK RILEY,<br><br>Defendant. | CASE NO.  CIV F-04-6475 REC TAG<br><br>Hon. Theresa A. Goldner<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JACK RILEY** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby voluntarily dismisses without prejudice the above-captioned action as to Defendant JACK RILEY ("Defendant") only.

Defendant JACK RILEY is the last remaining Defendant in this action. This entire action as to all remaining claims is therefore terminated in full.

DATED: January 6, 2005              Respectfully Submitted,

                                    BUCHALTER, NEMER, FIELDS & YOUNGER
                                    A Professional Corporation

                                    By:  s/Sandeep J. Shah
                                         Sandeep J. Shah
                                         Attorneys for Plaintiff DIRECTV, INC.

It is so Ordered
Dated: [signature] 6-24-05

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
IRVINE

BNFY 352749v1                                1
NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JACK RILEY